MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Matthew F. Duggan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00172-LRS |
| Plaintiff, | Order of Dismissal Without Prejudice |
| vs. | |
| KASEY RODNEY TURNER, | |
| Defendant. | |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

DATED this 10th day of January, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior United States District Judge

P40109pm.MDb.OrderMtnDismiss.docx

Order of Dismissal Without Prejudice - 1